# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                       NO. 4:07CR00325-002 SWW

DALILA DELA ROSA-AGUILERA

### ORDER

Pursuant to the government's motion for dismissal of the indictment against the above defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS ORDERED that the government's motion be, and it hereby is, granted, and the indictment pending in the above case hereby is dismissed against separate defendant Dalila Dela Rosa-Aguilera only.

DATED this 24th day of June, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE